AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
| v. | ) |
| | ) Case No. CR-24-08125-PCT-GMS-1 |
| | ) |
| Manuel Herrera-Rodriguez | ) |
| *Defendant* | ) |

FILED ___ LODGED
☒ RECEIVED ___ COPY

APR 2 8 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Manuel Herrera-Rodriguez ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:659 and 2 - Possession or Receipt of Goods Stolen from Interstate Shipment, Aid and Abet

Date:   10/08/2024                                    _Rebecca E. Kurtz_
                                                      *Issuing officer's signature*

City and state:   Phoenix, Arizona   ISSUED ON 2:46 pm, Oct 08, 2024     R. Kobza - Deputy Clerk
cc: PTS                              s/ Debra D. Lucas, Clerk            *Printed name and title*

**Return**

This warrant was received on *(date)* 04/11/25 , and the person was arrested on *(date)* 04/11/25
at *(city and state)*   El Paso, TX                    .

Date:   4/28/25                                        _____
                                                       *Arresting officer's signature*

                                                       Kevin McDinwee, Special Agent
                                                       *Printed name and title*